UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

DEREK ALLEN LEWIS,

                    Plaintiff,

    v.

YAKIMA COUNTY, YAKIMA
COUNTY JAIL, OFFICER
GOETTSCH and OFFICER L.
MERRIMAN,

                    Defendants.

NO. 1:19-CV-3218-TOR

ORDER OF DISMISSAL WITHOUT
PREJUDICE

BEFORE THE COURT is the Court's Order to Comply with Filing Fee
Requirements. ECF No. 8. The Court has reviewed the record and files herein,
and is fully informed. For the reasons discussed below, this action is dismissed
without prejudice.

Plaintiff mailed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983
from the Yakima County Jail on August 5, 2019, which was not received until
September 16, 2019. ECF No. 1-2. Plaintiff sought leave to proceed *in forma*

*pauperis* but did not sign his application as required by Rule 11(a), Federal Rules of Civil Procedure. ECF No. 2 at 2.

By letter dated September 16, 2019, the Clerk of Court advised Plaintiff of this deficiency and directed him to sign and return the signature page of his *in forma pauperis* application. ECF No. 5. This letter and accompanying document were initially addressed to Plaintiff at the Yakima County Jail, but were electronically regenerated to Plaintiff at the Washington Corrections Center on September 17, 2019. ECF No. 6. On September 24, 2019, the Court was notified that Plaintiff was housed at the Monroe Correctional Complex. ECF No. 7.

Plaintiff did not cure the deficiency of his omitted signature and the Court struck his application to proceed *in forma pauperis* pursuant to Rule 11(a). ECF No. 8. The Court then advised Plaintiff that he must either pay the applicable fee of $400.00 ($350.00 filing fee, plus $50.00 administrative fee) or comply with the *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2). *Id*. The Court warned Plaintiff that unless he filed a completed a signed Declaration and Application to proceed *in forma pauperis* within 21 days or alternatively, paid the full $400.00 filing fee, his case would be dismissed. No filing fee or in forma pauperis application has been filed.

Parties filing actions in the United States District Court are required to pay filing fees. 28 U.S.C. § 1914(a). An action may proceed without the immediate

payment of a filing fee only upon granting of in forma pauperis status. *See* 28 U.S.C. § 1915. Failure to pay the statutory filing fee will result in dismissal of these actions without prejudice. *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995) (district court has authority to dismiss without prejudice prisoner complaint for failure to pay partial filing fee); *In re Perroton*, 958 F.2d 889, 890 (9th Cir. 1992) (affirming dismissal of appeal of pro se litigant for failure to pay required filing fees).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

This action is DISMISSED without prejudice for failing to pay the filing fee or filing a properly completed Application to Proceed In Forma Pauperis pursuant to 28 U.S.C. §§ 1914(a) and 1915(a).

The District Court Executive is directed to enter this Order, enter judgment accordingly, furnish a copy to Plaintiff, and **CLOSE** the file.

**DATED** January 15, 2020.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 3